```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 15-11883-elf
Joseph J Rago                                                       Chapter 13
Nancy C Rago
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD              Page 1 of 3           Date Rcvd: May 20, 2020
                              Form ID: 138NEW             Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2020.
db/jdb         +Joseph J Rago,    Nancy C Rago,    519 Portland Drive,    Broomall, PA 19008-4122
cr             +Gulf Harbour Investments Corporation,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
cr             +SPECIALIZED LOAN SERVICING LLC,     14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
cr             ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Corp,    19001 S. Western Ave,    WF-21,
                 Torrance, CA   90509)
13492703       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13534538        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13534263       +Cavalry SPVI LLC assignee Capital One, NA,     Bass Associates PC,
                 3936 E Fort Lowell Road Suite 200,     Tucson, AZ 85712-1083
13492706       +Crb/greensky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
13492707       +Cross River Bk/gsloan,    1797 N East Expy Ne,    Atlanta, GA 30329-7803
13575587       +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
13492708       +Etrade,   2730 Liberty Ave,    Pittsburgh, PA 15222-4704
14452362       +Federal Home Loan Mortgage Corporation, as Truste,     Serviced by Select Portfolio Servicing,,
                 PO Box 65250,    Salt Lake City, UT 84165-0250
14472602       +Federal Home Loan Mortgage Corporation, as Trustee,     CO Rebecca A. Solarz, Esq.,
                 KML Law Group,    701 Market Street Suite 5000,    Philadelphia PA. 19106-1541
13501722       +MARINER FINANCE, LLC,    8211 TOWN CENTER DRIVE,    NOTTINGHAM, MD 21236-5904
13492711       +Mariner Finance , LLC,    2141 Cottman Ave, Suite A,    Philadelphia, PA 19149-1122
13492713       +Rymr&flnign,   Po Box 94498,    Las Vegas, NV 89193-4498
13492714       +SLS,   8742 Lucent Blvd,    Highland Ranch, CO 80129-2302
14266258       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
14119905       +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13549675       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, TX 75001-9013
13492715       +Toyota Mtr,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13492716       ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701)
13830436        WELLS FARGO BANK, N.A.,    DEFAULT DOCUMENT PROCESSING,    MAC# N9286-01Y,
                 1000 BLUE GENTIAN ROAD,    EAGAN, MN, 55121-7700
13570006       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
13521550        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
14262588       +Wells Fargo Bank, NA,    PO Box 14487,    Des Moines, IA 50306-3487
14262587        Wells Fargo Bank, NA,    PO Box 10438 MAC F8235-02F,    Des Moines, IA 50306-0438
13492717        Wells Fargo Home Projects Visa,    Cscl Dispute Team,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov May 21 2020 03:05:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 21 2020 03:05:25     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: jennifer.chacon@spservicing.com May 21 2020 03:05:35
                 SELECT PORTFOLIO SERVICING, INC.,    PO Box 65250,    Salt Lake City, UT 84165-0250
13541886       +E-mail/Text: bncmail@w-legal.com May 21 2020 03:05:22     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13492704       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2020 03:11:32     Cap1/boscv,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13492705       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 21 2020 03:11:33     Capital One,
                 Pob 30281,    Salt Lake City, UT 84130-0281
13530712       +E-mail/Text: bankruptcy@cavps.com May 21 2020 03:05:24     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13492709       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com May 21 2020 03:05:34     Kabbage.com,
                 POB 77081,    Atlanta, GA 30357-1081
13492710       +E-mail/Text: bncnotices@becket-lee.com May 21 2020 03:05:10     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13566818        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 21 2020 03:11:33     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13492712       +E-mail/PDF: MerrickBKNotifications@Resurgent.com May 21 2020 03:11:33     Merrick Bk,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
13515668        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 21 2020 03:05:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
```

```
District/off: 0313-2            User: YvetteWD              Page 2 of 3                  Date Rcvd: May 20, 2020
                                Form ID: 138NEW             Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
                                                                                                  TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA 17128-0946
cr*             +Township of Marple,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
cr*             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
cr*             +Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13492773*       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13492774*       +Cap1/boscv,    Po Box 30253,    Salt Lake City, UT 84130-0253
13492775*       +Capital One,    Pob 30281,    Salt Lake City, UT 84130-0281
13534264*       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                  3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13534265*       +Cavalry SPVI LLC assignee Capital One, NA,    Bass Associates PC,
                  3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13492776*       +Crb/greensky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
13492777*       +Cross River Bk/gsloan,    1797 N East Expy Ne,    Atlanta, GA 30329-7803
13492778*       +E*trade,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
13492779*       +Kabbage.com,    POB 77081,    Atlanta, GA 30357-1081
13492780*       +Kohls/capone,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13492781*       +Mariner Finance , LLC,    2141 Cottman Ave, Suite A,    Philadelphia, PA 19149-1122
13492782*       +Merrick Bk,    Po Box 9201,    Old Bethpage, NY 11804-9001
13492783*       +Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
13492784*       +SLS,    8742 Lucent Blvd,    Highland Ranch, CO 80129-2302
14280802*       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
13492785*       +Toyota Mtr,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13492786*      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                  ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                 (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD 21701)
13569243*        Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
13492787*        Wells Fargo Home Projects Visa,    Cscl Dispute Team,    Des Moines, IA 50306
                                                                                        TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2020 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor   Wells Fargo Bank , N. A. paeb@fedphe.com
              BARBARA A. FEIN    on behalf of Creditor   Toyota Motor Credit Corp bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              LAWRENCE S. RUBIN    on behalf of Debtor Joseph J Rago echo@pennlawyer.com,   foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Joint Debtor Nancy C Rago echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Plaintiff Nancy C Rago echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              LAWRENCE S. RUBIN    on behalf of Plaintiff Joseph J. Rago echo@pennlawyer.com,
               foxtrot@pennlawyer.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee
               for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2              User: YvetteWD              Page 3 of 3              Date Rcvd: May 20, 2020
                                  Form ID: 138NEW             Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        SHANNON P. MILLER    on behalf of Defendant Diane  Holland smiller@mauricewutscher.com, kpapera@mauricewutscher.com
        SHANNON P. MILLER    on behalf of Defendant    Mariner Finance, LLC smiller@mauricewutscher.com, kpapera@mauricewutscher.com
        TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

        TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joseph J Rago and Nancy C Rago
      Debtor(s)

Bankruptcy No: 15−11883−elf
Chapter: 13

___

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 5/20/20

88 − 87
Form 138_new