United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph J Rago  
Nancy C Rago  
    Debtors

Case No. 15-11883-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: Jun 04, 2020  
                  Form ID: 212    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db/jdb          +Joseph J Rago,    Nancy C Rago,    519 Portland Drive,    Broomall, PA 19008-4122

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
         ANDREW SPIVACK    on behalf of Creditor    Wells Fargo Bank , N. A. paeb@fedphe.com  
         BARBARA A. FEIN    on behalf of Creditor    Toyota Motor Credit Corp bfein@sanddlawyers.com, mhanford@sanddlawyers.com  
         JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Marple jwood@portnoffonline.com, jwood@ecf.inforuptcy.com  
         LAWRENCE S. RUBIN    on behalf of Plaintiff Joseph J. Rago echo@pennlawyer.com, foxtrot@pennlawyer.com  
         LAWRENCE S. RUBIN    on behalf of Debtor Joseph J Rago echo@pennlawyer.com, foxtrot@pennlawyer.com  
         LAWRENCE S. RUBIN    on behalf of Joint Debtor Nancy C Rago echo@pennlawyer.com, foxtrot@pennlawyer.com  
         LAWRENCE S. RUBIN    on behalf of Plaintiff Nancy C Rago echo@pennlawyer.com, foxtrot@pennlawyer.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-3 bkgroup@kmllawgroup.com  
         SHANNON P. MILLER    on behalf of Defendant    Mariner Finance, LLC smiller@mauricewutscher.com, kpapera@mauricewutscher.com  
         SHANNON P. MILLER    on behalf of Defendant Diane Holland smiller@mauricewutscher.com, kpapera@mauricewutscher.com  
         TRANG V TRUONG    on behalf of Creditor    Wells Fargo Bank, N.A. trangtruong@wellsfargo.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                                     TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                            Chapter: 13

    Joseph J Rago and Nancy C Rago

Debtor(s)                                                      Case No: 15–11883–elf

_____

*ORDER*

AND NOW, 6/4/20 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Eric L. Frank

    Judge ,United States Bankruptcy Court