## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              : Chapter 13

Joseph J Rago and Nancy C Rago                      : Case No. 15−11883−elf
        Debtor(s)

### ORDER

_____

    AND NOW, this day , June 8, 2020 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                            By The Court

                            Eric L. Frank
                            Judge , United States Bankruptcy Court